UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JUSTIN M. ANEST,<br><br>Plaintiff,<br><br>v.<br><br>MIKE RICKETTS, LAWRENCE HASKEL, and COUNTY OF SPOKANE,<br><br>Defendants. | No. 2:17-cv-00103-SAB<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION TO DISMISS** |

Before the Court is Magistrate Judge Mary K. Dimke's Report and Recommendation to Grant Motion to Dismiss, ECF No. 10. The Plaintiff has filed a motion seeking to voluntarily dismiss his complaint. ECF No. 9. Judge Dimke entered her Report and Recommendation on June 2, 2017 and the time period to object has passed. The Court hereby **adopts** Judge Dimke's Report and Recommendation in its entirety.

//
//
//
//
//
//
//
//

**ORDER ADOPTING REPORT AND RECOMMENDATION . . . ^ 1**

Accordingly, **IT IS HEREBY ORDERED:**

1. The Court **ADOPTS** Judge Dimke's Report and Recommendation to Dismiss Complaint, ECF No. 10, in its entirety.

2. Plaintiff's Motion to Dismiss, ECF No. 9, is **GRANTED.** The complaint is dismissed without prejudice.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to enter this Order and forward a copy to Petitioner and counsel. The District Court Executive shall **CLOSE** this case.

**DATED** this 19th day of June, 2017.



Stanley A. Bastian
United States District Judge